IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EDNA PURVEY | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 1:20-cv-02909-BPG |
| ARLINGTON WEST CARE CENTER OPCO, LLC | * | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Edna Purvey, and Defendant Arlington West Care Center OPCO, LLC, (the "Parties") by and through their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41, hereby jointly stipulate and agree to the DISMISSAL OF ALL CLAIMS in this matter WITH PREJUDICE. Accordingly, please mark this case DISMISSED WITH PREJUDICE and remove the trial and all scheduled appearances from this Court's docket.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Ralph L. Arnsdorf, (#03973) | James M. Ray, II, (#012773) |
| Patrick M. Wachter (#19586) | Ray Legal Group, LLC |
| Franklin & Prokopik, P.C. | 8720 Georgia Avenue, Suite 803 |
| The B&O Building | Silver Spring, Maryland, 20910 |
| Two North Charles Street, Suite 600 | (301) 755-5656 |
| Baltimore, Maryland 21201 | (301) 755-5627 (fax) |
| (410) 752-8700 | jim.ray@raylegalgroup.com |
| (410) 752-6868 (fax) | *Attorneys for Plaintiff* |
| rarnsdorf@fandpnet.com | |
| pwachter@fandpnet.com | |
| *Attorneys for Defendant Arlington West Care Center OPCO, LLC* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of March 2021, a copy of the foregoing Joint Stipulation of Dismissal was electronically filed and mailed via mail, postage pre-paid to:

James M. Ray, II, Esq.
Ray Legal Group, LLC
8720 Georgia Avenue, Suite 803
Silver Spring, MD 20910
*Attorneys for Plaintiff*

                                                /s/
                              Patrick M. Wachter, Esq. (#19586)